IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ARJUNE AHMED,

                   **Plaintiff,**

       v.                                      CASE NO. 22-3199-JWL-JPO

D. DONLEY, et al.,

                   **Defendants.**

## MEMORANDUM AND ORDER

### I. Nature of the Matter before the Court

Plaintiff Arjune Ahmed, who is incarcerated at the United States Penitentiary in Leavenworth, Kansas (USPL), has filed this pro se civil action pursuant to 28 U.S.C. § 1331, seeking relief from federal officials for the alleged violations of his constitutional rights. *See Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 397 (1971). On September 13, 2022, the Court issued a memorandum and order identifying certain deficiencies in the complaint that leave it subject to dismissal. (Doc. 4). The Court granted Plaintiff to and including October 13, 2022, to file a complete and proper amended complaint that cures the deficiencies. *Id.*

On September 19, 2022, the Court received from Plaintiff two supplements to his complaint that provide additional detail about the events underlying the complaint. (Docs. 5 and 6.) However, as explained in the memorandum and order, Plaintiff must "file a complete and proper amended complaint on court-approved forms." (*See* Doc. 4, p. 5.) The supplements are not on court-approved forms; they are handwritten pages. Thus, the Court will not consider the supplements. Plaintiff must comply with the Court's previous order and file a complete and proper amended complaint *on court-*

1

*approved forms* that includes all the information necessary to state a claim for relief and cure the other deficiencies identified in the previous order.

The Court reminds Plaintiff that an amended complaint is not a supplement to the original complaint. Rather, the amended complaint completely replaces the original complaint. Thus, any claims or allegations not included in the amended complaint are no longer before the Court. Plaintiff may not simply refer to an earlier filing; the amended complaint must contain all allegations and claims that Plaintiff intends to pursue in this action, including those already set forth in the original complaint. Plaintiff must write the number of this case (22-3199) at the top of the first page of his amended complaint. In addition, Plaintiff must make all necessary factual allegations in the amended complaint and not simply refer to documents or evidence not filed with this Court. He must name each defendant in the caption and he must refer to each defendant again in the body of the complaint, where he must allege facts describing the unconstitutional acts taken by each defendant, including dates, locations, and circumstances. Again, Plaintiff must allege sufficient facts to show a federal constitutional violation. If Plaintiff does not file an amended complaint within the prescribed time, this matter will proceed upon the current deficient complaint and will be dismissed.

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including October 13, 2022, to file a complete and proper amended complaint on court-approved forms. The clerk is directed to send *Bivens* forms and instructions to Plaintiff.

**IT IS SO ORDERED.**

DATED:   This 20th day of September, 2022, at Kansas City, Kansas.

S/ James P. O'Hara
JAMES P. O'HARA
United States Magistrate Judge